UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| COURTNEY J. WIMBERLEY, SR., | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO.: 3:14-CV-00676-RCJ-VPC |
| v. | ) | O R D E R |
| RENO POLICE DEPARTMENT, *et al.*, | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #4) entered on April 17, 2015, in which the Magistrate Judge recommends the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) and file Complaint (ECF #1-1), and also that the Complaint be dismissed without prejudice, with leave to amend. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #4).

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF #1) is GRANTED and the Clerk shall file the Complaint (ECF #1-1).

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE, WITH LEAVE TO AMEND.

IT IS FURTHER ORDERED that Plaintiff shall have thirty (30) days to file an amended complaint, up to and including JUNE 13, 2015. Failure to file an amended complaint within the allotted time period will result in dismissal of this action.

IT IS SO ORDERED this 11th day of May, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE